# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 19-CV-61235-RAR

Plaintiff:
**CBRE, INC.**

vs.

Defendant:
**CAPITAL COMMERCIAL REAL ESTATE GROUP, INC.,**

SOP2019001296

For:
Eric Boos, Esq.
SHOOK, HARDY & BACON L.L.P
201 South Biscayne Blvd
Suite 3200
Miami, FL 33131

Received by Service of Process, Inc on the 28th day of May, 2019 at 11:11 pm to be served on **CAPITAL COMMERCIAL REAL ESTATE GROUP, INC. C/O RANDY NORTH, REGISTERED AGENT, 14600 MARVIN LANE, SOUTHWEST RANCHES, FL 33330.**

I, KIMBERLY URTNOWSKI, do hereby affirm that on the **29th day of May, 2019 at 10:38 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Adeasha Shuster** as **Girl Friend / Co-Tenant** for **CAPITAL COMMERCIAL REAL ESTATE GROUP, INC.**, at the address of: **14600 MARVIN LANE, SOUTHWEST RANCHES, FL 33330**, and informed said person of the contents therein, in compliance with state statutes F.S. 48.081(3)(a).

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 125, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Florida Statute 92.525, that I have read the foregoing and that the facts stated therein are true. I am over the age of 18, have no interest in the above action, and am a Specially Appointed Process Server, in good standing, in the 17th Judicial Circuit, in which process was served.

KIMBERLY URTNOWSKI
SPS #1493

Service of Process, Inc
PO BOX 653653
MIAMI, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2019001296

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CBRE, INC.

*Plaintiff(s)*

v.                                                                    19-cv-61235-RAR

CAPITAL COMMERCIAL
REAL ESTATE GROUP, INC.

*Defendant(s)*

*5-29-19 @ 10:38 AM*
*by KU SPS 1493*
*Person Served*
*Adeasha Shuster*
*(Girlfriend + Co-Tenant)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAPITAL COMMERCIAL REAL ESTATE GROUP, INC.
7605 Davie Road Extension
Davie, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric S. Boos
Shook, Hardy & Bacon LLP
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 16, 2019

Angela E. Noble
Clerk of Court

s/ Janier Arellano
Deputy Clerk
U.S. District Courts